UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>HORIZON GROUP MANAGEMENT, LLC,<br><br>*Debtor.* | No. 14-41230<br><br>Chapter 7<br><br>The Hon. Timothy A. Barnes |
| ANDREW J. MAXWELL, Trustee for the Estate of Horizon Group Management, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendant.* | Adv. Proc. No. 16-465<br><br>Hearing Date: January 15, 2020<br><br>Hearing Time: 10:00 a.m. |

**DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Defendant United States of America, pursuant to Rule 56 of the Federal Rules of Civil Procedure, as incorporated by Rule 7056 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7056-1, moves the Court for summary judgment.

As set forth in the memorandum of law attached to this motion, the Internal Revenue Service ("IRS") received payments from Debtor Horizon Group Management LLC, which Plaintiff admits was, at all relevant times, an alter ego of Daniel Michael and of Jeffrey Michael, and such payments were applied to Daniel Michael and Jeffrey Michael's tax liabilities. As such, the Debtor, as an alter ego of Daniel Michael and/or Jeffrey Michael, was liable as such for their debts and/or received reasonably equivalent value. In addition, the IRS accepted the payments in good faith and in accordance with federal law. As such, the Trustee is barred under 11 U.S.C. § 548(c) from seeking to avoid the transfers of funds to the United States and the United States is entitled to summary judgment.

1

The United States has attached a memorandum of law in support of this motion, and is contemporaneously filing a statement of material facts not in dispute, as required under Local Rule 7056-1(a).

          Respectfully submitted,

          RICHARD E. ZUCKERMAN
          Principal Deputy Assistant Attorney General
          U.S. Department of Justice, Tax Division

          /s/*Bradley A. Sarnell*
          BRADLEY A. SARNELL
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 55
          Washington, D.C.  20044
          202-307-1038 (v)
          202-514-5238 (f)
          Bradley.A.Sarnell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2020, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers.  There are no parties which require conventional service.

          */s/Bradley A. Sarnell*
          Bradley A. Sarnell
          Trial Attorney
          United States Department of Justice, Tax Division